ANNETTE BUTLER, Appellant, *v.* GEORGE S. SMITH et al., Respondents.

Reported below, 121 App. Div. 441.
(Argued February 17, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for an alleged wrongful eviction.

The motion was made on the grounds that the conclusions of law of the trial court were supported by the facts and that the exceptions were frivolous.

*Gilbert W. Minor* and *Philo P. Safford* for motion.

*Henry P. Keith* opposed.

Motion denied, with ten dollars costs.